IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Parker
(Last Name)        (Identification Number)

William       Blake
(First Name)        (Middle Name)

Lauderdal County Detintion Facility
(Institution)

2001 5th Street Meridian MS 39301
(Address)
(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 11 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

V.        CIVIL ACTION NUMBER: 3:23-cv-440 HTW-LGI
                     (to be completed by the Court)

Lauderdale County
Billy Sollie
Brian Fortenberry
C.O. McNeil
(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes (✓)    No ( )

B. Are you presently incarcerated?
   Yes (✓)    No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes ( )    No (✓)

D. Are you presently incarcerated for a parole or probation violation?
   Yes (✓)    No ( )

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )    No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )    No (✓)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: William Blake Parker   Inmate ID: 1092925

Address: _____

_____

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Billy Sollic is employed as Lauderdale County Sherriff at Lauderdale County Mississippi

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: William B. Parker   ADDRESS: 2001 5th Street Meridian MS 39301

DEFENDANT(S):

NAME: Brian Fortenberry   ADDRESS: 2001 5th Street Meridian MS 39301
Lauderdale County   2001 5th Street Meridian MS 39301
Officer McNiel   2001 5th Street Meridian MS 39301

OTHER LAWSUITS FILED BY PLAINTIFF

| NOTICE AND WARNING |
|---|
| The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed. |

A.  Have you ever filed any lawsuits in a court of the United States?   Yes (  )   No (X)

B.  If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
   1. Parties to the action:_____

   2. Court (if federal court, name the district; if state court, name the county):_____

   3. Docket Number:_____

   4. Name of judge to whom case was assigned:_____

   5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)_____

CASE NUMBER 2.
   1. Parties to the action:_____

   2. Court (if federal court, name the district; if state court, name the county):_____

   3. Docket Number:_____

   4. Name of judge to whom case was assigned:_____

   5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?)_____

## STATEMENT OF CLAIM

III.  State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

Lauderdale County - Black mold in my cell Rust all over my cell, Breach of Security. No way to get in touch with the tower Unsanitary Food Service. Billy Sollie, Bryan Jorten Barry, Officer McNeil - Several times I have been threaten being Tazed, Pepper sprayed Officer McNeil has called me gay, slandered my my name and has got the other inmates thinking I am gay which is a lie - Excessive Heat and Cold

**RELIEF**

IV.  State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

25,000 For haveing to Breath Black mold and Rust Dust. And Being sick all the time. A push call Button in cells 125,000 Pain and suffering and slander of my name By officer McNeil and the other officer's that threaten to me and othe inmates

Signed this 6th day of July, 2023.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

William Blake Parker
Signature of plaintiff