IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

WILLIAM BLAKE PARKER                                                                PLAINTIFF

v.                                                         CIVIL ACTION NO. 3:23-cv-440-HTW-LGI

LAUDERDALE COUNTY, ET AL.                                                       DEFENDANTS

FINAL JUDGMENT

In accordance with the Court's Order of Dismissal entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 27th day of February, 2024.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE